Hon. Marc L. Barreca
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>JUNE ARELLANO LICUANAN, and<br>MARIE CHIQUI TANEDO LICUANAN,<br><br>Debtors. | BANKRUPTCY CASE NO.<br>10-22726-MLB |
| JUNE ARELLANO LICUANAN, and<br>MARIE CHIQUI TANEDO LICUANAN,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC BANK NEVADA, N.A.,<br><br>Defendant. | ADVERSARY CASE NO. 12-01945-MLB<br><br><br>CERTIFICATE OF SERVICE OF<br>SUMMONS AND COMPLAINT |

The undersigned, being first duly sworn, on oath, deposes and says that declarant is a citizen of the United States of America and the State of Washington, living and residing in King County in said State, of legal age, no a party to the above-entitled action, and competent to be a witness herein; that on **November 2, 2012**, declarant deposited into the United States mail at the location of 1001 Fourth Avenue, Seattle, WA 98154,

Certificate of Service of Summons and
Complaint-1 of 2



THE LAW OFFICES OF LANCE L. LEE
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154-1003
(206) 332-9841 / Fax: (206) 374-2991

envelopes, postage paid, to each of the following parties, ***by both Certified and Regular First Class Mail***:

1. HSBC Bank Nevada, N.A.
    Attn: Irene M. Dorner, CEO
    1800 Tysons Blvd Ste 50
    Mclean, VA 22101

Copies of Each of the following:

- Summons and Notice of Pretrial Conference in Adversary Proceeding; and

- Complaint to Avoid Lien.

I declare under penalty of perjury that the foregoing is true and correct.

Signed in ___Seattle___, WA on this ___5th___ day of November 2012

                                              /s/ Lance L. Lee
                                              Lance L. Lee
                                              1001 Fourth Ave Ste 2100
                                              Seattle, WA 98154-1003

THE LAW OFFICES OF LANCE L. LEE
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154-1003
(206) 332-9841 / Fax: (206) 374-2991